McDERMOTT WILL & EMERY LLP
Daniel E. Alberti (State Bar No. 68620)
dalberti@mwe.com
Stephen J. Akerley (State Bar No. 160757)
sakerley@mwe.com
Elaine M. Heal (State Bar No. 211723)
eheal@mwe.com
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:    650.813.5000
Facsimile:    650.813.5100

McDERMOTT WILL & EMERY LLP
Joseph H. Paquin, Jr. *(Pro Hac Vice)*
jpaquin@mwe.com
227 West Monroe Street, Suite 4400
Chicago, IL 60606-5096
Telephone:    312.372.2000
Facsimile:    312.984.7700

Attorneys for Plaintiff HITACHI, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HITACHI, LTD., a Japanese corporation, | CASE NO. C 05 02301 CRB |
| Plaintiff, | ELECTRONIC CASE FILING |
| v. | [PROPOSED] ORDER FOR REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE |
| AMTRAN TECHNOLOGY CO., LTD., a Taiwanese corporation, | |
| Defendant. | |

The United States District Court for the Northern District of California, presents its compliments to the appropriate Judicial Authority in Taiwan and requests international judicial assistance to effect Service of Process upon a named defendant in the captioned Civil proceeding currently pending before this Court.

Plaintiffs have filed a complaint in this court for infringement upon registered United States Patents. Plaintiffs allegations include, but are not limited to, claims that defendants have

[PROPOSED[ ORDER REQUEST FOR
INTERNATIONAL JUDICIAL ASSISTANCE
- 1 -
CASE NO. C 05 02301 CRB

1  intentionally infringed upon plaintiff's Patent Nos. 6,247,090, 6,549,970 and 6,513,088 which has
2  caused plaintiffs to suffer damages.
3      This Court requests the assistance described herein as necessary in the interests of justice.
4  It has been represented to this Court that defendant **AMTRAN TECHNOLOGY CO. LTD.** can
5  presently be served at the following address:

**AMTRAN TECHNOLOGY CO. LTD.**
**17F, No. 268, Lien-Chen Rd.**
**Chung-Ho City, Taipei Hsien**

8      This court respectfully requests that you cause one copy of the attached documents,
9  Summons, Civil Cover Sheet, Notice of Related Cases, Complaint with exhibits, Order Setting
10 Initial Case Management Conference, Notice of Rule Discontinuing Service by Mail, Case
11 Management Conference Order, Standing Order with Appendix, Dispute Resolution Procedures
12 Brochure, Welcome to U.S. District Court, San Francisco information pages, Drop Box Filing
13 Procedures, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent
14 to Proceed Before a United States Magistrate Judge (blank), Declination to Proceed before a
15 Magistrate Judge (blank), Instructions for Completion of ADR Forms, Stipulation and (Proposed)
16 Order Selecting ADR Process (blank), Notice of Need for ADR Phone Conference, Notice of
17 Lawsuit and Request for Waiver of Service of Summons (blank), Waiver of Service of Summons
18 (blank), and ECF Registration Information Handout, to be served upon **AMTRAN**
19 **TECHNOLOGY CO. LTD.**, at the above address by leaving with a director, officer, or other
20 entity authorized to accept the service of civil process in the manner prescribed for service of
21 similar documents under the laws of Taiwan.
22     This Court further requests that, after service has been made, you cause the person who
23 serves the documents upon **AMTRAN TECHNOLOGY CO. LTD.** to execute a Certificate of
24 Service and return it, together with a copy of the documents served, to this Court at the address
25 below.
26     The Plaintiff's counsel, McDermott Will & Emery LLP, 3150 Porter Drive, Palo Alto,
27 California 94304, USA, stand ready to reimburse your authority for all expenses incurred in
28

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

executing this request for judicial assistance. This Court also assures your authority that it will reciprocate with similar assistance in like cases.

This court extends to the Judicial Authorities in Taiwan the assurances of its highest consideration.

July 12, 2005
DATE

Honorable Charles R. Breyer
United States District Court
Northern District of California
450 Golden Gate Ave.
Courtroom 8, 19th Floor
San Francisco, CA 94102
Telephone: 415-522-2000

*APPROVED — Judge Charles R. Breyer*

MPK 94043-1.017575.0688

[PROPOSED] ORDER REQUEST FOR
INTERNATIONAL JUDICIAL ASSISTANCE

- 3 -

CASE NO. C 05 02301 CRB