1  (Counsel Information Listed on Signature Page)

2

3

4  UNITED STATES DISTRICT COURT

5  NORTHERN DISTRICT OF CALIFORNIA

6  SAN FRANCISCO DIVISION

7

| | |
|---|---|
| 8  HITACHI, LTD., a Japanese corporation, | Case No. C 05-02301 CRB |
| 9            Plaintiff, | |
| 10      v. | |
| 11  AMTRAN TECHNOLOGY CO., LTD., a Taiwanese corporation | |
| 12 | Case No. C 05-02302 CRB |
| 13  HITACHI, LTD., a Japanese corporation, | |
| 14            Plaintiff, | |
| 15  TATUNG COMPANY, a Taiwanese corporation; and TATUNG CO. OF AMERICA, INC., a California corporation | |
| 16 | |
| 17 | |
| 18  HITACHI, LTD., a Japanese corporation, | Case No. C 05-02305 CRB |
| 19            Plaintiff, | |
| 20      v. | |
| 21  PROVIEW INTERNATIONAL HOLDINGS, LTD., a Bermuda Corporation, PROVIEW ELECTRONICS CO., LTD., a Taiwanese corporation, and PROVIEW TECHNOLOGY., a California corporation, | |
| 22 | |
| 23 | |
| 24            Defendants. | |

25

26  **STIPULATION AND [PROPOSED] ORDER**
27  **RESCHEDULING CASE MANAGEMENT CONFERENCES**
    **IN RELATED CASES TO OCTOBER 14, 2005**

28

1     Pursuant to Civil Local Rule 7-12, attorneys for Hitachi, Ltd., Tatung Company, Tatung Co. of America, Inc., Proview Electronics Co., Ltd., and Proview Technology, Inc. hereby stipulate to reschedule the initial Case Management Conferences in Case Nos. C05-02301, C05-02302, and C05-02305, which are currently set for October 7, 2005. The parties propose that the Conferences be rescheduled to Friday, October 14, 2005.

    Good cause exists for this request, as the rescheduled conferences will coincide with the hearing on Proview International Holdings, Ltd.'s Motion to Dismiss, which is set for October 14, 2005. Accordingly, the parties respectfully request that the Court postpone the initial Case Management Conferences in the above-referenced actions, currently set for October 7, 2005, to October 14, 2005 so that counsel for Hitachi and Proview, and the Court, may address both matters on October 14, 2005. The Tatung defendants do not object to the requested schedule. As noted in Hitachi's case management statement in *Hitachi v. Amtran Technology Co. Ltd.*, Case No. C 05 2301, Amtran has not been served and Hitachi will notify Amtran of any change to the schedule pursuant to this order.

    A proposed order follows counsel's signatures.

| | |
|---|---|
| McDERMOTT WILL & EMERY LLP<br>Daniel E. Alberti (State Bar No. 68620)<br>dalberti@mwe.com<br>Stephen J. Akerley (State Bar No. 160757)<br>sakerley@mwe.com<br>Elaine M. Heal (State Bar No. 211723)<br>eheal@mwe.com<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: 650-813-5000<br>Facsimile: 650-813-5100 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Yitai Hu (California Admission Pending)<br>yhu@akingump.com<br>Sean P. DeBruine (State Bar No. 168071)<br>sdebruine@akingump.com<br>S.H. Michael Kim (State Bar No. 203491)<br>mkim@akingump.com<br>1950 University Avenue, Suite 505<br>East Palo Alto, CA 94303<br>Telephone: 415-765-9500<br>Facsimile: 415-765-9501 |
| McDERMOTT WILL & EMERY LLP<br>Joseph H. Paquin, Jr. (*Pro Hac Vice*)<br>jpaquin@mwe.com<br>227 West Monroe Street, Suite 4400<br>Chicago, IL 60606-5096<br>Telephone: 312-372-2000<br>Facsimile: 312-984-7700 | Attorneys for Proview International Holdings, Ltd., Proview Electronics Co., Ltd., and Proview Technology, Inc.<br><br>Dated: September 23, 2005<br><br>By_____/s/_____<br>    Sean P. DeBruine |
| Attorneys for Hitachi, Ltd.<br><br>Dated: September 23, 2005<br><br>By_____/s/_____<br>    Elaine M. Heal | |

2

MPK 98008-1.017575.0688

| | |
|---|---|
| 1 | BAUM & WEEMS |
| | Robert C. Weems (SBN 148156) |
| 2 | rcweems@comcast.net |
| | Julian M. Baum (SBN 130892) |
| 3 | 58 Katrina Lane |
| | San Anselmo, CA  94960 |
| 4 | Telephone: 415-460-1791 |
| | Facsimile: 415-457-9157 |
| 5 | |
| | Attorneys for Tatung Co. and Tatung |
| 6 | Company of America |

7   Dated: September 23, 2005

8   By_____/s_____
            Robert C. Weems

9

10

11      I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of

12  this document has been obtained from Sean P. DeBruine and Robert C. Weems.

13  Dated: September 23, 2005                    /s_____
                                                  Elaine M. Heal
14

15

16

17

18      **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the initial Case

19  Management Conferences in these matters shall be rescheduled to Friday, October 14, 2005 at 8:30

20  A.M.

21

22  Dated:  October 03        , 2005     _____
                                          Honorable Charles R. Breyer
23                                        United States District Judge

24

25

26

27

28

*APPROVED — Judge Charles R. Breyer* (stamp)