1 | (Counsel Information Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HITACHI, LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMTRAN TECHNOLOGY CO., LTD., a Taiwanese corporation | Case No. C 05-02301 CRB |
| HITACHI, LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>TATUNG COMPANY, a Taiwanese corporation; and TATUNG CO. OF AMERICA, INC., a California corporation | Case No. C 05-02302 CRB |
| HITACHI, LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROVIEW INTERNATIONAL HOLDINGS, LTD., a Bermuda Corporation, PROVIEW ELECTRONICS CO., LTD., a Taiwanese corporation, and PROVIEW TECHNOLOGY., a California corporation,<br><br>Defendants. | Case No. C 05-02305 CRB |

CORRECTED
**STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CASE MANAGEMENT CONFERENCES
IN RELATED CASES TO OCTOBER 14, 2005 28, 2005**

1  Pursuant to Civil Local Rule 7-12, attorneys for Hitachi, Ltd., Tatung Company, Tatung Co.
2  of America, Inc., Proview Electronics Co., Ltd., and Proview Technology, Inc. hereby stipulate to
3  reschedule the initial Case Management Conferences in Case Nos. C05-02301, C05-02302, and
4  C05-02305, which are currently set for October 7, 2005. The parties propose that the Conferences
5  be rescheduled to Friday, October ~~14, 2005.~~ 28, 2005.

6  Good cause exists for this request, as the rescheduled conferences will coincide with the
7  hearing on Proview International Holdings, Ltd.'s Motion to Dismiss, which is set for October 14,
8  2005. Accordingly, the parties respectfully request that the Court postpone the initial Case
9  Management Conferences in the above-referenced actions, currently set for October 7, 2005, to
10 October ~~14,~~ 28, 2005 so that counsel for Hitachi and Proview, and the Court, may address both matters
11 on October ~~14,~~ 28, 2005. The Tatung defendants do not object to the requested schedule. As noted in
12 Hitachi's case management statement in *Hitachi v. Amtran Technology Co. Ltd.*, Case No. C 05
13 2301, Amtran has not been served and Hitachi will notify Amtran of any change to the schedule
14 pursuant to this order.
15 A proposed order follows counsel's signatures.

16 

| McDERMOTT WILL & EMERY LLP<br>Daniel E. Alberti (State Bar No. 68620)<br>dalberti@mwe.com<br>Stephen J. Akerley (State Bar No. 160757)<br>sakerley@mwe.com<br>Elaine M. Heal (State Bar No. 211723)<br>eheal@mwe.com<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: 650-813-5000<br>Facsimile: 650-813-5100 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Yitai Hu (California Admission Pending)<br>yhu@akingump.com<br>Sean P. DeBruine (State Bar No. 168071)<br>sdebruine@akingump.com<br>S.H. Michael Kim (State Bar No. 203491)<br>mkim@akingump.com<br>1950 University Avenue, Suite 505<br>East Palo Alto, CA 94303<br>Telephone: 415-765-9500<br>Facsimile: 415-765-9501 |
|---|---|
| McDERMOTT WILL & EMERY LLP<br>Joseph H. Paquin, Jr. (*Pro Hac Vice*)<br>jpaquin@mwe.com<br>227 West Monroe Street, Suite 4400<br>Chicago, IL 60606-5096<br>Telephone: 312-372-2000<br>Facsimile: 312-984-7700 | Attorneys for Proview International Holdings, Ltd., Proview Electronics Co., Ltd., and Proview Technology, Inc.<br><br>Dated: September 23, 2005<br><br>By_____/s_____<br>     Sean P. DeBruine |
| Attorneys for Hitachi, Ltd.<br><br>Dated: September 23, 2005<br><br>By_____/s_____<br>     Elaine M. Heal | |

```
1  BAUM & WEEMS
   Robert C. Weems (SBN 148156)
2  rcweems@comcast.net
   Julian M. Baum (SBN 130892)
3  58 Katrina Lane
   San Anselmo, CA 94960
4  Telephone: 415-460-1791
   Facsimile: 415-457-9157
5
   Attorneys for Tatung Co. and Tatung
6  Company of America

7  Dated: September 23, 2005

8  By_____/s/_____
            Robert C. Weems
9

10

11      I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of

12 this document has been obtained from Sean P. DeBruine and Robert C. Weems.

13 Dated: September 23, 2005                        /s/
                                              Elaine M. Heal
14
```

18      **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the initial Case

19 Management Conferences in these matters shall be rescheduled to Friday, October 28, 2005 at 8:30

20 A.M.

22 Dated: October 03, 2005         _____
                                   Honorable Charles
23                                 United States District

**APPROVED**
Judge Charles R. Breyer

3
STIPULATION AND [PROPOSED] ORDER RESCHEDULING
CASE MANAGEMENT CONFERENCES
Case Nos. C05-02301, C05-02302, C05-02305 CRB

MPK 98008-1.017575.0688