IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HITACHI, LTD., | No. C 05-02301 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| AMTRAN TECHNOLOGY CO., LTD., | |
| Defendant. | |

Now pending before the Court is defendant's ex parte motion to stay the proceedings pending resolution of a motion to disqualify in a related case. After carefully considering the parties' submissions, defendant's motion is GRANTED in part.

The Court intends to hold a single claim construction hearing in the related cases, 05-2301 and 05-2302. Nevertheless, as plaintiff has submitted its preliminary infringement contentions, and as the parties will be engaging in mediation in the near future, defendant should submit its preliminary invalidity contentions as previously agreed, and should also make the disclosures ordered by the Court at the December 2005 case management conference. All other proceedings, including the other claim construction dates, are stayed

//

//

//

1  pending the March 3, 2006 further case management conference.

2  **IT IS SO ORDERED.**

3  Dated: January 30, 2006

4  _____
   CHARLES  R. BREYER
   UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California

G:\CRBALL\2005\2301\orderreexparte1.wpd            2