1  McDERMOTT WILL & EMERY LLP
   Daniel E. Alberti (State Bar No. 68620)
2  dalberti@mwe.com
   Stephen J. Akerley (State Bar No. 160757)
3  sakerley@mwe.com
   Elaine M. Heal (State Bar No. 211723)
4  eheal@mwe.com
   3150 Porter Drive
5  Palo Alto, CA  94304-1212
   Telephone:    650.813.5000
6  Facsimile:     650.813.5100

7  McDERMOTT WILL & EMERY LLP
   Joseph H. Paquin, Jr. *(Pro Hac Vice)*
8  jpaquin@mwe.com
   227 West Monroe Street, Suite 4400
9  Chicago, IL  60606-5096
   Telephone:    312.372.2000
10 Facsimile:     312.984.7700

11 Attorneys for Plaintiff HITACHI, LTD.

12                   UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 15  HITACHI, LTD., a Japanese corporation, | CASE NO. C 05 02301 CRB (JL) |
| 16 | |
|     Plaintiff, | ELECTRONIC CASE FILING |
| 17 | |
|     v. | [~~PROPOSED~~] **ORDER REGARDING** |
| 18 | **CLAIM CONSTRUCTION SCHEDULE** |
| 19  AMTRAN TECHNOLOGY CO., LTD., a | |
|     Taiwanese corporation, | |
| 20 | |
|     Defendant. | |
| 21  HITACHI, LTD., a Japanese corporation, | CASE NO. C 05 02302 CRB |
| 22 | |
|     Plaintiff, | ELECTRONIC CASE FILING |
| 23 | |
|     v. | [~~PROPOSED~~] **ORDER REGARDING** |
| 24 | **CLAIM CONSTRUCTION SCHEDULE** |
|     TATUNG COMPANY, a Taiwanese | |
| 25  corporation; and TATUNG CO. OF | |
|     AMERICA, INC., a California corporation, | |
| 26 | |
| 27   Defendants. | |

28

| | | |
|---|---|---|
| **[PROPOSED] ORDER REGARDING CLAIM CONSTRUCTION SCHEDULE** | 1 | **CASE NO. C 05 02301 CRB (JL)**<br>**C 05 02302 CRB** |

Pursuant to the Court's order, the following claim construction schedule is adopted:

| ACTION | DATE |
|---|---|
| Preliminary Invalidity Contentions: Tatung Company and Tatung Co. of America, Inc. only | May 16, 2006 |
| Document production on invalidity: Tatung Company and Tatung Co. of America, Inc. only | May 16, 2006 |
| Parties simultaneously exchange lists of claim terms for construction by the court | May 31, 2006 |
| Parties simultaneously exchange a preliminary proposed construction of each claim term, and provide a list of proposed extrinsic evidence | June 20, 2006 |
| Parties shall complete and file a Joint Claim Construction and Prehearing Statement | July 17, 2006 |
| Parties complete all discovery relating to claim construction, including depositions of all experts and non-experts identified in the Joint Claim Construction Statement | August 16, 2006 |
| The party claiming patent infringement shall file and serve an opening brief and any evidence supporting its claim construction | August 31, 2006 |
| The opposing party shall file and serve a responsive brief an supporting evidence | September 14, 2006 |
| The party claiming patent infringement shall serve and file any reply brief and any evidence | September 21, 2006 |
| Claim Construction Tutorial | November 14, 2006<br>2:30 p.m. |
| Claim Construction Hearing | November 16, 2006<br>2:30 p.m. |

Dated:  March 21, 2006

Honorable Charles R. Breyer
United States District Judge
Northern District



MPK 105749-1.017575.0688

**[PROPOSED] ORDER REGARDING CLAIM CONSTRUCTION SCHEDULE**

2

C 05 02302 CRB