McDERMOTT WILL & EMERY LLP
Daniel E. Alberti (State Bar No. 68620)
dalberti@mwe.com
Stephen J. Akerley (State Bar No. 160757)
sakerley@mwe.com
Elaine M. Heal (State Bar No. 211723)
eheal@mwe.com
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:     650.813.5000
Facsimile:      650.813.5100

McDERMOTT WILL & EMERY LLP
Joseph H. Paquin, Jr. *(Pro Hac Vice)*
jpaquin@mwe.com
227 West Monroe Street, Suite 4400
Chicago, IL  60606-5096
Telephone:     312.372.2000
Facsimile:      312.984.7700

Attorneys for Plaintiff HITACHI, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HITACHI, LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMTRAN TECHNOLOGY CO., LTD., a Taiwanese corporation,<br><br>Defendant. | CASE NO. C 05 02301 CRB (JL)<br><br>ELECTRONIC CASE FILING<br><br>**[PROPOSED] ORDER GRANTING HITACHI LTD'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF JOINT STATEMENT REGARDING AMTRAN'S MOTION TO COMPEL HITACHI (1) TO SEARCH FOR AND PRODUCE DOCUMENTS FROM ITS PATENT LICENSING AGENT, INPRO, AND (2) TO RESPOND TO INTERROGATORY NO. 2 REGARDING INPRO'S PRIOR ADMISSIONS AND REPRESENTATIONS ON CLAIM CONSTRUCTION OF THE PATENTS-IN-SUIT AND HITACHI'S MOTION TO COMPEL AMTRAN TO PRODUCE COMMUNICATIONS WITH INPRO**<br><br>Honorable James Larson |

Having reviewed the submissions relating to Hitachi Ltd.'s Administrative Request Pursuant to Civil Local Rules 7-11 and 79-5 relating to Filing Material Under Seal, and good cause appearing therefore, it is hereby ordered that:

1. Hitachi Ltd.'s Administrative Request to File Under Seal Portions of Joint Statement Regarding Amtran's Motion to Compel Hitachi (1) To Search For And Produce Documents From Its Patent Licensing Agent, Inpro, and (2) To Respond To Interrogatory No. 2 Regarding Inpro's Prior Admissions And Representations On Claim Construction Of The Patents-In-Suit And Hitachi's Motion To Compel Amtran To Produce Communications With Inpro ("Joint Statement") pursuant to Civil Local Rule 79-5 is GRANTED;

2. Identified and redacted portions of the parties' Joint Statement lodged with the Clerk pursuant to Civil Local Rule 79-5 (c) shall be filed under seal.

**IT IS SO ORDERED**

Dated: May 23, 2006

_____
Honorable Judge James Larson

*IT IS SO ORDERED*
*Judge James Larson*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

MPK 108690-1.017575.0688