1  McDERMOTT WILL & EMERY LLP
   Daniel E. Alberti (State Bar No. 68620) dalberti@mwe.com
2  Stephen J. Akerley (State Bar No. 160757) sakerley@mwe.com
   3150 Porter Drive
3  Palo Alto, CA  94304-1212
   Telephone:    650.813.5000
4  Facsimile:    650.813.5100

5  McDERMOTT WILL & EMERY LLP
   Joseph H. Paquin, Jr. *(Pro Hac Vice)* jpaquin@mwe.com
6  227 West Monroe Street, Suite 4400
   Chicago, IL  60606-5096
7  Telephone:    312.372.2000
   Facsimile:    312.984.7700
8
   Attorneys for Plaintiff HITACHI, LTD.
9
   SIDLEY AUSTIN LLP
10 Peter H. Kang (SBN 158101) pkang@sidley.com
   555 California Street
11 San Francisco, CA  94104
   Telephone:    415.772.1200
12 Facsimile:    415.772.7400

13 Attorneys for Defendant AMTRAN TECHNOLOGY CO., LTD.

14                           UNITED STATES DISTRICT COURT

15                          NORTHERN DISTRICT OF CALIFORNIA

16                              SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18  HITACHI, LTD., a Japanese corporation, | CASE NO. C 05 02301 CRB (JL) |
| 19              Plaintiff, | ELECTRONIC CASE FILING |
| 20       v. | [~~PROPOSED~~] **STIPULATED ORDER REGARDING CLAIM CONSTRUCTION SCHEDULE** |
| 21  AMTRAN TECHNOLOGY CO., LTD., a Taiwanese corporation, | |
| 22 | |
| 23              Defendant. | |

24

25       Whereas, the parties are engaged in advanced settlement discussions and wish to

26 concentrate their efforts toward reaching a final resolution,

27       IT IS HEREBY ORDERED:

28       The Claim Construction schedule in this case is modified as follows:

| ACTION | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| The party claiming patent infringement shall file and serve an opening brief and any evidence supporting its claim construction | August 31, 2006 | October 30, 2006 |
| The opposing party shall file and serve a responsive brief and supporting evidence | September 14, 2006 | November 13, 2006 |
| The party claiming patent infringement shall serve and file any reply brief and any evidence | September 21, 2006 | November 20, 2006 |
| Claim Construction Tutorial | November 14, 2006 2:30 p.m. | ~~To be determined by the Court~~ January 16, 2007 (CRB) |
| Claim Construction Hearing | November 16, 2006 2:30 p.m. | ~~To be determined by the Court~~ Jaunaury 25, 2007 (CRB) |

Dated:  August 30, 2006

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By:   /s/ Daniel E. Alberti
Daniel E. Alberti
Stephen J. Akerley
Joseph H. Paquin, Jr. *(Pro Hac Vice)*

Attorneys for Plaintiff, HITACHI, LTD., a Japanese corporation

Dated:  August 30, 2006

Respectfully submitted,

SIDLEY AUSTIN LLP

By:   /s/ Peter H. Kang
Peter H. Kang

Attorneys for Defendant AMTRAN TECHNOLOGY CO., LTD., a Taiwanese corporation

MPK 114232-1.017575.0688

[PROPOSED] STIPULATED ORDER REGARDING CLAIM CONSTRUCTION SCHEDULE

2

CASE NO. C 05 02301 CRB

**IT IS SO ORDERED**

Dated: September 6, 2006

_____
Honorable Charles R. Breyer



McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

[PROPOSED] STIPULATED ORDER
REGARDING CLAIM CONSTRUCTION
SCHEDULE

1

CASE NO. C 05 02301 CRB