McDERMOTT WILL & EMERY LLP
Daniel E. Alberti (State Bar No. 68620) dalberti@mwe.com
Stephen J. Akerley (State Bar No. 160757) sakerley@mwe.com
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:     650.813.5000
Facsimile:      650.813.5100

McDERMOTT WILL & EMERY LLP
Joseph H. Paquin, Jr. *(Pro Hac Vice)* jpaquin@mwe.com
227 West Monroe Street, Suite 4400
Chicago, IL  60606-5096
Telephone:     312.372.2000
Facsimile:      312.984.7700

Attorneys for Plaintiff HITACHI, LTD.

SIDLEY AUSTIN LLP
Peter H. Kang (SBN 158101) pkang@sidley.com
555 California Street
San Francisco, CA  94104
Telephone:     415.772.1200
Facsimile:      415.772.7400

Attorneys for Defendant AMTRAN TECHNOLOGY CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HITACHI, LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMTRAN TECHNOLOGY CO., LTD., a Taiwanese corporation,<br><br>Defendant. | CASE NO. C 05 02301 CRB (JL)<br><br>ELECTRONIC CASE FILING<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ STIPULATED ORDER TO STAY THE CASE**   AS MODIFIED |

Whereas, the parties are engaged in advanced settlement discussions and wish to concentrate their efforts toward reaching a final resolution. Hitachi, Ltd. and AmTRAN Technology Co., Ltd. ("the Parties") have reached an agreement on a Term Sheet resolving certain claims relating to AmTRAN's products.  The parties have also formulated a framework

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

1   for the possible resolution of a remaining claim involving a third-party.

2          Pursuant the Term Sheet, the Parties stipulate to stay this case until the Final Agreement

3   as contemplated in the Term Sheet ("Final Agreement") between the Parties is reached or some

4   other time as the Court may decide.  The Parties will provide the Court with a Chambers copy of

5   the confidential Term Sheet, if requested.  After a Final Agreement is reached between the

6   Parties, the Parties will seek to lift the stay.

7          IT IS HEREBY ORDERED:

8          Finding good cause, the Court stays this case until ~~a Final Agreement is reached between~~   December 15, 2006 or upon further order of the Court.

9   ~~the Parties.  After the Final Agreement is reached, the Parties will move the court to lift the stay.~~

10

11   Dated:  October 25, 2006          Respectfully submitted,

12                               McDERMOTT WILL & EMERY LLP

13

14                             By:    /s/ Daniel E. Alberti

15                                 Daniel E. Alberti
                                   Stephen J. Akerley

16                                 Joseph H. Paquin, Jr. *(Pro Hac Vice)*

17                             Attorneys for Plaintiff, HITACHI, LTD.,
                             a Japanese corporation

18   Dated:  October 25, 2006          Respectfully submitted,

19                                 SIDLEY AUSTIN LLP

20

21                             By:    /s/ Peter H. Kang

22                                 Peter H. Kang

23                             Attorneys for Defendant AMTRAN
                             TECHNOLOGY CO., LTD., a Taiwanese

24                             corporation

25        **IT IS SO ORDERED**

26

27   Dated:  _October 27, 2006 ___

28

*McDERMOTT, WILL & EMERY LLP*
*ATTORNEYS AT LAW*
*PALO ALTO*

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
AS MODIFIED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA

Honorable Ch...