1 | Daniel E. Alberti (SBN 68620) (dalberti@mwe.com)
  | Stephen J. Akerley (SBN 160757) (sakerley@mwe.com)
2 | McDERMOTT WILL & EMERY LLP
  | 3150 Porter Drive
3 | Palo Alto, California  94304
  | Telephone:       (650) 813-5000
4 | Facsimile:       (650) 813-5100

5 | Joseph H. Paquin, Jr. (*Pro Hac Vice*) (jpaquin@mwe.com)
  | 227 West Monroe Street, Suite 4400
6 | Chicago, Illinois  60606
  | Telephone:       (312) 372-2000
7 | Facsimile:       (312) 984-7700

8 | Attorneys for Plaintiff
  | HITACHI, LTD.
9 |
  | Edward G. Poplawski (SBN 113590) (epoplawski@sidley.com)
10 | Peter H. Kang (SBN 158101) (pkang@sidley.com)
   | Teague I. Donahey (SBN 197531) (tdonahey@sidley.com)
11 | Samuel N. Tiu (SBN 216291) (stiu@sidley.com)
   | SIDLEY AUSTIN LLP
12 | 555 California Street
   | San Francisco, California  94104
13 | Telephone:       (415) 772-1200
   | Facsimile:       (415) 772-7400
14 |
   | Attorneys for Defendant
15 | AMTRAN TECHNOLOGY CO., LTD.

16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| HITACHI, LTD., | ) Case No. C 05-2301 CRB (JL) |
|---|---|
| Plaintiff, | ) **JOINT STIPULATION AND [PROPOSED]** |
| v. | ) **ORDER TEMPORARILY CONTINUING STAY OF CASE** |
| AMTRAN TECHNOLOGY CO., LTD., | ) |
| Defendant. | ) |

**JOINT STIPULATION AND [PROPOSED] ORDER TEMPORARILY CONTINUING STAY OF CASE – No. C 05-2301 CRB (JL)**

1  WHEREAS the Court on October 30, 2006 entered an Order staying this action until
2  December 15, 2006 to permit the parties to negotiate a Final Agreement resolving their dispute;
3  WHEREAS the parties continue to work diligently to negotiate the specific terms and
4  conditions of the contemplated Final Agreement;
5  WHEREAS the parties need additional time in which to finalize their negotiations
6  and arrive at the contemplated Final Agreement;
7  IT IS HEREBY STIPULATED that, subject to the Court's approval, this action shall
8  continue to be stayed until January 15, 2007, or upon further order of the Court.  Subject to the
9  Court's approval and availability, a Further Case Management Conference shall be held on
10  February 2, 2007, at 8:30 a.m., or on the Court's earliest available date thereafter.

Dated:  December 15, 2006           Respectfully submitted,

                                    McDERMOTT WILL & EMERY LLP


                                    By:  /s/Stephen J. Akerley[1]
                                         Daniel E. Alberti
                                         Stephen J. Akerley
                                         Joseph H. Paquin, Jr. (*Pro Hac Vice*)

                                         Attorneys for Plaintiff
                                         HITACHI, LTD.

Dated:  December 15, 2006           SIDLEY AUSTIN LLP


                                    By:  /s/Teague I. Donahey
                                         Edward G. Poplawski
                                         Peter H. Kang
                                         Teague I. Donahey
                                         Samuel N. Tiu

                                         Attorneys for Defendant
                                         AMTRAN TECHNOLOGY CO., LTD.

---

[1] Pursuant to General Order 45(X), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from Stephen J. Akerley.

**JOINT STIPULATION AND [PROPOSED] ORDER TEMPORARILY CONTINUING STAY OF CASE – No. C 05-2301 CRB (JL)**

IT IS SO ORDERED

Dated: _December 18, 2006_____     _____
UNITED STATES DISTRICT JUDGE



SF1 1445748v.1

**JOINT STIPULATION AND [PROPOSED] ORDER TEMPORARILY CONTINUING STAY OF CASE – No. C 05-2301 CRB (JL)**