McDERMOTT WILL & EMERY LLP
Daniel E. Alberti (State Bar No. 68620) (dalberti@mwe.com)
Stephen J. Akerley (State Bar No. 160757) (sakerley@mwe.com)
John A. Lee (State Bar No. 229911) (jlee@mwe.com)
3150 Porter Drive, Palo Alto, CA 94304-1212
Telephone: 650.813.5000
Facsimile: 650.813.5100

Joseph H. Paquin, Jr. *(Pro Hac Vice)*(jpaquin@mwe.com)
227 West Monroe Street, Suite 4400
Chicago, IL 60606-5096
Telephone: 312.372.2000
Facsimile: 312.984.7700

Attorneys for Plaintiff HITACHI, LTD.

SIDLEY AUSTIN LLP
Edward G. Poplawski (SBN 113590) (epoplawski@sidley.com)
Samuel N. Tiu (SBN216291) (stiu@sidley.com)
555 W. Fifth St., Suite 4000
Los Angeles, CA 90013
Telephone (213) 896-6000
Facsimile: (213) 896-6600

Peter H. Kang (SBN 158101) (pkang@sidley.com)
Teague I. Donahey (SBN 197531) (tdonahey@sidley.com)
555 California Street, San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Defendant AMTRAN TECHNOLOGY CO., LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HITACHI, LTD.,<br><br>            Plaintiff,<br><br>    v.<br><br>AMTRAN TECHNOLOGY CO., LTD.,<br><br>            Defendant. | No. C 05-2301 CRB (JL)<br><br>JOINT STIPULATION AND [PROPOSED] STIPULATED ORDER TO CONTINUE STAY UNTIL THE CASE MANGEMENT CONFERENCE SCHEDULED FOR FEBRUARY 2, 2007 |

**JOINT STIPULATION AND [PROPOSED] STIPULATED ORDER TO CONTINUE STAY UNTIL THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR FEBRUARY 2, 2007                                                                 – No. C 05-2301 CRB (JL)**

1   Whereas, the Court, on October 30, 2006 and December 18, 2006, ordered a stay of this case
2   until January 15, 2007 to permit the parties to negotiate a Final Agreement resolving their dispute;
3   Whereas, the Court, on December 19, 2006, set a Further Case Management Conference to
4   be held on February 2, 2007, at 8:30 a.m.;
5   Wherease, the parties continue to work diligently to negotiate the specific terms and
6   conditions of the contemplated Final Agreement; nevertheless because of the holidays and the fact
7   that the clients for both sides are located in Asia and in a different time zone, the parties need
8   additional time in which to finalize their negotiations and arrive at the contemplated Final
9   Agreement;
10  Accordingly, IT IS HEREBY STIPULATED that, subject to the Court's approval, this action
11  shall continue to be stayed until February 2, 2007, at which time the parties shall appear before the
12  Court for the Further Case Management Conference to report on the progress of settlement.

Dated: January 12,_2007            SIDLEY AUSTIN LLP


By: /s Peter H. Kang[1]
    Edward G. Poplawski
    Peter H. Kang
    Teague I. Donahey
    Samuel N. Tiu
    Attorneys for Defendant
    AMTRAN TECHNOLOGY CO., LTD.

Dated: January 12,_2007            McDERMOTT WILL & EMERY LLP


By: /s John A. Lee
    Daniel E. Alberti
    Stephen J. Akerley
    Joseph H. Paquin, Jr. (*Pro Hac Vice*)
    John A. Lee
    Attorneys for Plaintiff
    HITACHI, LTD.

---

[1] Pursuant to General Order 45X, I hereby certify that concurrence in the e-filing of this document was obtained from John Lee.

**JOINT STIPULATION AND [PROPOSED] STIPULATED ORDER TO CONTINUE STAY UNTIL THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR FEBRUARY 2, 2007                                            – No. C 05-2301 CRB (JL)**

LA1 876626v.1

IT IS SO ORDERED.

Dated:  January 17, 2007                         _____

UNITED STATES DISTRICT JUDGE

Filer's Attestation: Peter H. Kang hereby attests that concurrence in the filing of this document has been obtained.



**JOINT STIPULATION AND [PROPOSED] STIPULATED ORDER TO CONTINUE STAY UNTIL THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR FEBRUARY 2, 2007 – No. C 05-2301 CRB (JL) –**

LA1 876626v.1